**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANDRE D. BUTLER and SHEILA ANN BUTLER,**                    **PLAINTIFFS**
**Husband and Wife, and ANDREA BUTLER as**
**Guardian and Next Friend to D.B., A Minor.**

**vs.**                                   **CASE NO. 4:20-cv-771-JM**

**ROBERT EDWARD BROWN and MARTEN**
**TRANSPORT OF WISCONSIN, LTD.**                         **DEFENDANTS**

## <u>ORDER</u>

Pursuant to the joint motion of the parties, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 1st day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE JAY MOODY